GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, California 92614
Telephone:  (949) 660-1600
Facsimile:   (949) 660-6060
2206-471
James M. Baratta (SBN 54890)
Christopher S. Dunakin (SBN 192096)
Jenifer A. Pearl (SBN 228336)
jmb@ggb-law.com; csd@ggb-law.com; jp@ggb-law.com
Attorneys for Plaintiff CALIFORNIA CAPITAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 to 30, Inclusive,<br><br>Defendants. | Case No. CV 13 03809-EMC<br>[Removed from Sonoma County Superior Court Case No. SCV-253936]<br><br>**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES CONTINUING THE DECEMBER 12, 2013 CASE MANAGEMENT CONFERENCE AND RELATED ADR DEADLINES**<br><br>Filed:  7/10/2013<br>Trial Date:     None set |

WHEREAS, Christopher S. Dunakin and Jenifer A. Pearl, with Grant, Genovese & Baratta, LLP, counsel for California Capital Insurance Company have a scheduling conflict with the Court's recently rescheduled date of December 12, 2013 for the Case Management Conference. Mr. Dunakin has prior scheduled depositions and Ms. Pearl has a previously scheduled mediation.

WHEREAS the parties to this action, Plaintiff and defendant, Travelers Property Casualty Company of America stipulate to a continuance of the Case Management Conference to a date suitable for the Court and both parties.

1  Accordingly, the parties, through their counsel of record hereby stipulate to continue the Case
2  Management Conference to Thursday, January 23, 1014 at 9:00 a.m. Further, the parties also stipulate
3  to the related ADR deadlines as follows: 1) January 16, 2014 – Last day to file a Rule 26(f) Report and
4  Joint Case Management Statement; and 2) February 6, 2014 – Last day to complete initial disclosures or
5  state objection in Rule 26(f) Report.

**IT IS SO STIPULATED.**

Date: November 18, 2013                SEDGWICK LLP


By: */s/ Erin A. Cornell*
    BRUCE D. CELEBREZZE
    MICHAEL A. TOPP
    ERIN A. CORNELL
Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA

Date: November 18, 2013                GRANT, GENOVESE & BARATTA, LLP


By: */s/ Jenifer A. Pearl*
    CHRISTOPHER S. DUNAKIN
    JENIFER A. PEARL
Attorneys for Plaintiff CALIFORNIA CAPITAL
INSURANCE COMPANY

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby orders that the Case Management Conference is continued to Thursday, January 23, 2014 at 9:00 a.m. Further, the Court orders the related ADR deadlines as follows 1) January 16, 2014 – Last day to file a Rule 26(f) Report and Joint Case Management Statement; and 2) ~~February 6, 2014~~ January 16, 2014 – Last day to complete initial disclosures or state objection in Rule 26(f) Report.

**IT IS SO ORDERED.**

DATED: 11/19/13                        _____
                                       HONORABLE EDWARD M. CHEN
                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

<u>California Capital Ins. Co. v. Travelers Property Casualty Co. of America, et al.</u>
United States District Court Case No. CI3-3809 EMC
File No. 2206-471

## PROOF OF SERVICE

I am a citizen of the United States over the age of 18 and not a party to the within action. I am an employee of Grant, Genovese & Baratta, LLP and my business address is 2030 Main Street, Suite 1600, Irvine CA 92614. On November 18, 2013, I served the foregoing documents described as:

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES CONTINUING THE DECEMBER 12, 2013 CASE MANAGEMENT CONFERENCE AND RELATED ADR DEADLINES**

☒ BY MAIL. I am familiar with the practice of Grant, Genovese & Baratta, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Grant, Genovese & Baratta, LLP, Irvine, California, following ordinary business practices.

Bruce D. Celebrezze
Michael A. Topp
Erin A. Cornell
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94101-2834
(415) 781-7900
(415) 781-2635-Facsimile
Attorney for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 18, 2013 at Irvine, California.

/s/ Frances Pham
Frances Pham, Declarant

PROOF OF SERVICE