GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, California 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
2206-471
James M. Baratta (SBN 54890)
Jenifer A. Pearl (SBN 228336)
jmb@ggb-law.com; jp@ggb-law.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 to 30, Inclusive,<br><br>　　　　Defendants. | Case No. CV 13 03809-VC<br>[Removed from Sonoma County Superior Court Case No. SCV-253936]<br><br>**STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER THEREON**<br><br>Filed: 7/10/2013<br>Trial Date:   10/19/15 |

///
///
///
///
///
///
///
///

1

1     IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure § 41(a)(1). ). Each party shall bear its own
4 attorneys' fees and costs.

DATED: March 2, 2015

GRANT, GENOVESE & BARATTA, LLP

By: /S/
JAMES M. BARATTA
JENIFER A. PEARL
Attorneys for Plaintiff CALIFORNIA CAPITAL
INSURANCE COMPANY

DATED: March 2, 2015

SEDGWICK LLP

By: /S/
ERIN A. CORNELL
Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation between counsel, and good cause appearing thereto, the above action is hereby dismissed with prejudice in its entirety. All pending deadlines and hearing dates are vacated.

DATED: March 4, 2015

VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE